## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Verner, Diana

Printed:  2/19/08

Case Number:  04 B 24442
Judge:  Wedoff, Eugene R
Filed:  6/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  February 1, 2008
Confirmed:  September 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,668.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 484.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,050.00 |
| Trustee Fee: |  | 85.73 |
| Other Funds: |  | 48.00 |
| Totals: | 1,668.00 | 1,668.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,050.00 | 1,050.00 |
| 2. | ECast Settlement Corp | Unsecured | 95.75 | 157.49 |
| 3. | Capital One | Unsecured | 148.15 | 243.81 |
| 4. | Capital One | Unsecured | 50.44 | 82.97 |
| 5. | Capital One | Unsecured | 71.84 | 0.00 |
| 6. | Capital One | Unsecured | 106.32 | 0.00 |
| 7. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 8. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 9. | University of Chicago | Unsecured |  | No Claim Filed |
| 10. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 1,522.50 | $ 1,534.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 10.95 |
| 4% | 2.81 |
| 3% | 2.09 |
| 5.5% | 11.79 |
| 5% | 3.55 |
| 4.8% | 6.80 |
| 5.4% | 47.74 |
|  | $ 85.73 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Verner, Diana

Printed:  2/19/08

Case Number:  04 B 24442

Judge:  Wedoff, Eugene R

Filed:  6/30/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: